IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02273-CMA-KLM

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and
AFFORDABLE SWEEPING, INC., a Colorado corporation,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a department of the City and County of Denver,
APRIL HENDERSON,
CALVIN BLACK, and
ONE OR MORE JOHN DOES,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Unopposed Plaintiff's [sic] Motion for Leave to Appear via Telephone During Scheduling Conference** [Docket No. 22; Filed November 1, 2010] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  On the date and time of the Scheduling Conference, Plaintiffs' counsel shall contact the Court at **(303) 335-2770** to participate.

     Dated:  November 2, 2010