IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02273-CMA-KLM

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and
AFFORDABLE SWEEPING, INC., a Colorado corporation,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a department of the City and County of Denver,
APRIL HENDERSON,
CALVIN BLACK, and
ONE OR MORE JOHN DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Leave to File Amended Complaint** [Docket No. 39; Filed November 20, 2010] (the "Motion"). This is Plaintiffs' first attempt to amend their Complaint. Defendants either do not take a position or oppose the relief requested. However, pursuant to Fed. R. Civ. P. 15(a)(B), Plaintiffs may amend their Complaint once as a matter course within twenty-one days of a responsive pleading being filed. Here, Defendant City and County of Denver filed a Motion to Dismiss on November 2, 2010 [Docket No. 23] and Defendant Calvin Black filed an Answer on November 15, 2010 [Docket No. 38]. Therefore, amendment is proper.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Amended Complaint [Docket No. 39-1] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants who have entered an appearance shall answer or otherwise respond to the Amended Complaint on or before **December 14, 2010**.

    IT IS FURTHER **ORDERED** that Plaintiffs shall serve the Summons, Amended Complaint and this Minute Order on all new Defendants on or before **December 7, 2010**. New Defendants shall answer or respond as prescribed by the Federal Rules of Civil Procedure.

    Dated: November 22, 2010