IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02273-CMA-KLM

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and
AFFORDABLE SWEEPING, INC., a Colorado corporation,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
APRIL HENDERSON,
CALVIN BLACK,
KEN GREENE, and
XAVIER DURAN,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant City and County of Denver's **Motion to Stay Discovery** [Docket No. 27; Filed November 3, 2010] (the "Motion").  Plaintiffs are opposed to the relief sought and filed a Response in opposition to the Motion on November 26, 2010 [Docket No. 43].

      Pursuant to the Motion, Defendant seeks a stay of the case while its Motion to Dismiss [Docket No. 23] is pending.  *Motion* [#27] at 3-4.  However, since the filing of the Motion, Plaintiffs have been given leave to file an Amended Complaint [Docket Nos 41 & 42], and Defendant's Motion to Dismiss has been denied as moot [Docket No. 44].  As the basis for stay no longer exists,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

      Dated:  December 2, 2010