IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02273-CMA-KLM

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and
AFFORDABLE SWEEPING, INC., a Colorado corporation,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
APRIL HENDERSON,
CALVIN BLACK,
KEN GREENE, and
XAVIER DURAN,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant City and County of Denver's **Motion to Stay Discovery** [Docket No. 50; Filed December 14, 2010] (the "Motion"). Plaintiffs are opposed to the relief sought. However, I note that no Scheduling Conference has been held in this case and there is no record that the parties have conducted a Fed. R. Civ. P. 26(f) conference. As such, the time for taking discovery is not ripe. Fed. R. Civ. P. 26(a)(1)(C) & (d). Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

     IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Scheduling Conference set for January 11, 2011 at 10:30 a.m. and **RESETS** it to **March 8, 2011 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **March 3, 2011**.

     Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **March 3, 2011**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the

office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2(B). Until, such time as the Rule 26(f) conference occurs, no discovery is permitted.

Dated: December 17, 2010