## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

**Civil Action No.: 10-cv-02273-WJM-KLM**     FTR - Reporter Deck - Courtroom C-204
                                              Byron G. Rogers United States Courthouse
**Date: August 15, 2011**                     Courtroom Deputy, Nick Richards

---

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and
AFFORDABLE SWEEPING, INC., a Colorado corporation

    **Plaintiff(s),**                         Anne Thomas Sulton

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
APRIL HENDERSON,
CALVIN BLACK,
KEN GREENE, and
XAVIER DURAN

    **Defendant(s).**                          Monica N. Kovaci
                                              Shella B. Neba
                                              William Thomas O'Connell, III

---

### COURTROOM   MINUTES / MINUTE  ORDER

---

**HEARING:  TELEPHONIC DISCOVERY HEARING**
**Court in Session: 10:32 a.m.**
Court calls case.   Telephonic appearance of counsel.

This matter is before the Court regarding Plaintiff's Oral Motion to Compel Production of Documents Relating to a Privilege Log. The Court has received and reviewed the privilege log in question.

**It is ORDERED:**   Plaintiff's Oral Motion to Compel is **DENIED**. In accordance with defense counsel's representation to the Court as an officer of the Court, Defendant shall amend the privilege log to clearly state that the purpose of each item listed in the log was to seek or provide legal advice.

**It is ORDERED:**   Plaintiff's Motion to Vacate Settlement Conference Scheduled for September 19, 2011 (Docket #64) and Certification of Compliance with D.C.COLO.LCivR. 7.1(A) [Doc. No. 85, filed August 12, 2011] is **GRANTED**. The Settlement Conference is vacated and will be

        rescheduled upon joint motion of the parties requesting a new date.

HEARING CONCLUDED.
**Court in   recess: 10:50 a.m.**
Time In Court:   00:18

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.