IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02273-WJM-KLM

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and
AFFORDABLE SWEEPING, INC., a Colorado corporation,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
APRIL HENDERSON,
CALVIN BLACK,
KEN GREENE, and
XAVIER DURAN,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Motion Pursuant to Fed.R.Civ.P. 56(d)** [Docket No. 114; Filed February 16, 2012] (the "Motion"). Plaintiffs ask the Court to order production of certain emails identified in Defendants' Amended Privilege Log for *in camera* review, which Plaintiffs believe are necessary for formulating their responses to Defendants' Motions for Summary Judgment [## 116, 117, 118]. This Court denied Plaintiff's Oral Motion to Compel Production of Documents Relating to a Privilege Log (referring to emails) on August 15, 2011 [#87], and Plaintiffs filed an Objection to the Order on August 26, 2011 [#89]. In the Motion at issue, Plaintiffs present no grounds for the Court to reconsider its August 15, 2011 Order.  To the extent that Plaintiffs seek reconsideration of the August 15, 2011 Order,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  If Plaintiffs seek an extension of time in which to file their responses to Defendants' Motions for Summary Judgment [## 116, 117, 118] pending the District Judge's adjudication of their August 26, 2011 Objection, they may file a motion stating such request.

      Dated: February 17, 2012