IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02273-WJM-KLM

ONESOURCE COMMERCIAL PROPERTY SERVICES, INC., a Colorado corporation, and AFFORDABLE SWEEPING, INC., a Colorado corporation,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
APRIL HENDERSON,
CALVIN BLACK,
KEN GREENE, and
XAVIER DURAN,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **the Unopposed Plaintiffs' Motion to Appear by Telephone during Final Pretrial Conference** [Docket No. 146; Filed April 3, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Plaintiffs may appear by telephone at the Final Pretrial Conference set for April 26, 2012, at 10:30 a.m.  Counsel shall call Chambers at (303) 335-2770 at the designated time.

      Dated:  April 3, 2012